IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN THE MATTER OF THE ESTATE OF
CASSANDRA TYNES

CIVIL ACTION NO.: 1:25cv94 HSO-BWR

CHARLES TYNES, Administrator,
AND JAMES DOYLE TYNES                                                           PETITIONERS

VERSUS

DEIRDRE JONES                                                                    DEFENDANT

## NOTICE OF REMOVAL

### JURY TRIAL REQUESTED

TO:  Kelly Michael Rayburn, Esq.
     12007 Mobile Avenue (39503)
     P.O. Box 2566
     Gulfport, Mississippi 39505

     Angela Thrash, Clerk
     Chancery Court of Harrison County, Mississippi
     1801 23rd Avenue
     Gulfport, Mississippi 39501

I.

PLEASE TAKE NOTICE that the Defendant, Deirdre R. Jones (**"Deirdre Jones"**), without waiving but reserving all rights and defenses, has filed with the Clerk of the United States District Court for the Southern District of Mississippi, Southern Division (Gulfport, Mississippi), this Notice of Removal, to which is attached as Exhibit "A" a copy of Civil Docket for Case No: 24CH1:24-cv-01082-JS and all filed pleadings/documents filed or appearing in the records of the

Chancery Court of Harrison County, Mississippi, First Judicial District (including the subject Complaint for Declaratory Relief, to Set Aside Beneficiary Designation, and for Other Relief (the **"Complaint"**)), and has thereby affirmatively removed this cause of action from the Chancery Court of Harrison County, Mississippi, First Judicial District, to the United States District Court for the Southern District of Mississippi, Southern Division, at Gulfport, Mississippi.

II.

The Complaint does not allege Deirdre Jones' residence address or state of residence; however, both the state court Docket Report and Summons reference Deirdre Jones' address as 13145 S. Old Statesville Road, Huntersville, North Carolina 28078-7261. See Docket Report and MEC Doc. # 26, Exhibit "A". Deirdre Jones is now and was at the commencement of this suit a resident of the State of North Carolina, residing at 13415 S. Old Statesville Road, Apt. 209, Huntersville, North Carolina 28078-7261, where she was served with the Summons by certified mail on February 25, 2025. Thus, Deirdre Jones is a citizen of North Carolina under 28 U.S.C. § 1332(c)(1).

III.

The crux of the Complaint, which was filed on November 22, 2024, in the case styled "In the Matter of the Estate of Cassandra Tynes", being Case No. 24CH1:24-cv-01082-JS filed in the Chancery Court of Harrison County, Mississippi, First Judicial District, surrounds the Thrift Savings Plan (**'TSP'**) account (**"TSP account"**) of Cassandra Tynes (with a payable on death beneficiary designation), who died intestate on May 6, 2024. Following Cassandra Tynes' death, Charles Tynes was appointed as Administrator of the Estate of Cassandra Tynes, and, following execution and filing of his Oath, Letters of Administration were issued to Charles Tynes. [MEC Doc. ##3, 4, 8, and 9, Exhibit "A"].

IV.

Although the Complaint does not allege Charles Tynes' residence address or state of residence, the Docket Report, as well as various pleadings in the state court file, note Charles Tynes' residence address as 15156 Audubon Lake Boulevard, Gulfport, Mississippi 39503. Thus, Charles Tynes (as the representative of Cassandra Tynes, deceased, and/or the Estate of Cassandra Tynes) is a citizen of Mississippi under 28 U.S.C. § 1332(c)(1).

V.

According to information provided by a representative of the Federal Retirement Thrift Investment Board (**"FRTIB"**), on May 5, 2024, Cassandra Tynes changed the payable on death beneficiary of her TSP account from her father, James D. Tynes, to Deirdre Jones. Accordingly, the TSP account passed or will pass outside of the Estate of Cassandra Tynes, deceased (to the lawful beneficiary, which Defendants maintains is her, not Cassandra Tynes' father, James D. Tynes), without claim by the personal representative of Cassandra Tynes whatsoever. Therefore, the personal representative of Cassandra Tynes is not a necessary party or real party-in-interest in this dispute or action.

VI.

By letter dated August 22, 2024, TSP notified Deirdre Jones to call the Thriftline Service Center because "[w]e have important information to discuss with you pertaining to the possible benefit that you may be due." A copy of TSP's August 22, 2024, letter is attached as Exhibit "B".

VII.

Upon information and belief, due to a dispute or contest initiated by Cassandra Tynes' family member(s), the payable on death benefit of the TSP account has not been paid to Deirdre Jones to date and is currently being held by TSP/FRTIB. To this end, the Complaint challenges

Cassandra Tynes' execution and submission of the beneficiary designation on May 5, 2024, and seeks to set same aside, such that "James Doyle Tynes shall remain as the decedent's TSP beneficiary". (Complaint, p. 3, Exhibit "A"). It appears that this case is a contract or quasi-contract dispute or action regarding whether Defendant, or James D. Tynes (or his personal representative) is the proper or lawful beneficiary of the TSP account.

VIII.

On December 28, 2024, James D. Tynes died testate in Harrison County, Mississippi, First Judicial District and is survived by his daughter, Lucinda Tynes. On January 10, 2025, a Petition to Admit Will to Probate, for Appointment of Executor, and for Other Relief was filed in the case styled, "In the Matter of the Estate of James Doyle Tynes", being Case No. 24CH1:25-cv-00065-JS filed in the Chancery Court of Harrison County, Mississippi, First Judicial District (**"Estate of James D. Tynes"**). A copy of the Civil Docket for Case No: 24CH1:25-cv-00065-JS and all filed pleadings/documents filed or appearing in the records of the Chancery Court for the Estate of Doyle Tynes proceeding are attached as Exhibit "C". On January 13, 2025, the Chancery Court entered a Judgment Admitting the Will to Probate and for Appointment of Executor. Charles Tynes was appointed as the Executor of the Estate of James Doyle Tynes, and, following execution and filing of his Oath, Letters Testamentary were issued to Charles Tynes. [MEC Doc. ##3, 5, 6 and 8, Exhibit "C"]. The Docket Report for the Estate of James D. Tynes, and other pleadings in the file, reference Charles Tynes' residence address as 1180 Old Camp Road, Poplarville, Mississippi 39470. Again, Charles Tynes (as the representative of James D. Tynes, deceased, and/or the Estate of Jame D. Tynes) is a citizen of Mississippi under 28 U.S.C. § 1332(c)(1).

IX.

This cause is wholly between citizens of different states - Deirdre Jones, a resident of North Carolina, and the personal representative of James D. Tynes, a resident of Mississippi - and one which can be fully determined between them. Further, it is not a matter within the exclusive jurisdiction of Chancery Courts of Mississippi.

X.

As noted above, the Complaint seeks to set aside the designation of beneficiary submitted by Cassandra Tynes on May 5, 2024, such that "James Doyle Tynes shall remain as the decedent's TSP beneficiary". While the Complaint seeks declaratory relief, it involves a dispute between citizens of different states regarding a TSP account with a significant balance, and undisputedly well in excess of $75,000, exclusive of interest and costs.

XI.

When a plaintiff's complaint does not allege a specific amount of damages, the removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Allen v. R & H Oil & Gas Co., 63 F. 3d 1326, 1335 (5th Cir. 1995). A removing attorney may support federal jurisdiction by setting forth facts demonstrating that the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied. Allen, 63 F. 3d at 1335. A court can determine that removal is proper if it is facially apparent from the complaint that the claims are likely above $75,000.00. Id. If it is not apparent from the face of the complaint, the court may rely on facts asserted in the removal notice or in an affidavit submitted by the removing defendant. Id. A court may also apply common sense. Id.

XII.

By email dated March 18, 2025, from Plaintiff's counsel to a representative with FRTIB, Mr. Rayburn requested the account balance for the TSP account. By email dated March 20, 2025, the FRTIB representative responded that the current balance of Cassandra Tynes' TSP account is $736,733.02 (with supporting documents, including as relates to other questions posed and answers), which email thread was forwarded to the undersigned on March 25, 2025. A copy of the email thread with attachments is attached as Exhibit "D".

XIII.

Therefore, the Defendant has shown that the amount in controversy in this suit exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. Defendant has filed no pleadings in the state court action, and the time within which the Defendant is allowed by law to file this Notice of Removal has not expired.

XIV.

Defendant represents that upon the filing of this Notice, she will give written notice to the adverse party and shall file a copy of the Notice with the Clerk of the Chancery Court of Harrison County, Mississippi, First Judicial District, where said action is now pending.

XV.

Defendant would show that the Chancery Court of Harrison County, Mississippi, First Judicial District is within the United States District Court for the Southern District of Mississippi, Southern Division, at Gulfport, Mississippi.

WHEREFORE, the Defendant says that Plaintiffs should proceed no further in State Court pending further order of the United States District Court for the Southern District of Mississippi, Southern Division.

RESPECTFULLY SUBMITTED, this the 28th day of March, 2025.

           DEIRDRE R. JONES

           BY: SALLOUM LAW FIRM, PLLC


           BY: */s/ Roland F. Samson, III*
              ROLAND F. SAMSON, III
              Mississippi Bar No. 8764

SALLOUM LAW FIRM, PLLC
1611 24th Avenue, Suite B (39501)
Post Office Box 1717
Gulfport, Mississippi 39502-1717
Telephone: (228) 863-6727
Facsimile: (228) 863-6734
Email: skipper@salloumlawfirm.com

C E R T I F I C A T E

I, Roland F. Samson, III, Attorney for Defendant, do hereby certify that I have delivered, as noted, a true and correct copy of the above and foregoing Notice of Removal and copy of proceedings appearing in the records of the Chancery Court of Harrison County, Mississippi, to the following:

> Kelly Michael Rayburn, Esq. (via mail and email)
> Post Office Box 2566
> Gulfport, Mississippi 39505
>
> Angela Thrash, Clerk (via mail)
> Chancery Court of Harrison County, Mississippi
> 1801 23rd Avenue
> Gulfport, Mississippi 39501

This, the 28th day of March, 2025.

                                                    /s/ Roland F. Samson, III
                                                    ROLAND F. SAMSON, III
                                                    Mississippi Bar No. 8764

SALLOUM LAW FIRM, PLLC
1611 24th Avenue, Suite B (39501)
Post Office Box 1717
Gulfport, Mississippi 39502-1717
Telephone: (228) 863-6727
Facsimile: (228) 863-6734
Email: skipper@salloumlawfirm.com